KLEIN v. LEE, ADJUDICATION OFFICER, ET AL.

No. 234, Misc. Decided February 24, 1959.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

PER CURIAM.

The motion to substitute Herbert E. McDonald as the party respondent in the place of V. O. Lee, retired, is granted. The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the United States Court of Appeals for the Seventh Circuit is vacated, and the case is remanded to the District Court with directions to dismiss the complaint as moot.

CHAPMAN v. OHIO.

No. 363, Misc. Decided February 24, 1959.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.